**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Lyon Financial Services, Inc., d/b/a<br>Choice Health Finance,<br><br>                Plaintiff,<br><br>vs.<br><br>Laura G. Walls, D.M.D. Family Dentistry,<br>LLC, and Laura G. Walls, individually,<br><br>                Defendants. | Civil No. 10-3788 (RHK/AJB)<br><br>**ORDER** |

---

The Court, having considered the parties' Stipulation for Dismissal With Prejudice (Doc. No. 34 ), **IT IS ORDERED** that all of the Plaintiff's claims against Defendants Laura G. Walls, D.M.D. Family Dentistry and Laura G. Walls, individually, are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, attorney's fees and other expenses of litigation.

Dated: March 14, 2011

                                                                  s/Richard H. Kyle
                                                                  RICHARD H. KYLE
                                                                  United States District Judge